UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVA ALIZADEH, and PARVA PROPERTY MANAGEMENT, LLC,<br><br>    Movants,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Neutral. | No. 2:19-mc-0105 TLN AC |
| PARVA PROPERTY MANAGEMENT, LLC,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>BANK OF AMERICA,<br><br>    Neutral. | No. 2:19-mc-0106 TLN EFB<br><br>ORDER |

1

Examination of the above-entitled civil actions reveals that the actions are related within the meaning of Local Rule 123(a). The actions involve some of the same parties and both involve similar questions of fact and the same question of law, such that their assignment to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned. The actions are currently assigned to the same district judge but different magistrate judges.

IT IS THEREFORE ORDERED that the action denominated 2:19-mc-0106-TLN-EFB be, and the same hereby is, reassigned to Magistrate Judge Allison Claire for all further proceedings. Henceforth the caption on all documents filed in the reassigned case shall be shown as 2:19-mc-0106-TLN-AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: July 8, 2019.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE