RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

**CHARLES M. DUFFY**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-6406
charles.m.duffy@usdoj.gov
*Attorneys for the United States of America*

McGREGOR SCOTT
United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVA PROPERTY MANAGEMENT LLC, and PARVANEH ALIZADEH<br><br>Petitioners,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and UNITED STATES OF AMERICA<br><br>Respondents. | Case No. 2:19-mc-00105-TLN-AC<br><br>STIPULATION FOR DISMISSAL and ORDER THEREON |

The Petitioners, Parva Property Management LLC and Parvaneh Alizadeh and Respondent, United States of America, by and through their undersigned counsel, hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1) that this action may be dismissed, with each side to bear its own attorney's fees and costs.

The summons issued to Wells Fargo Bank, N.A. has been withdrawn by the Internal Revenue Service. Therefore, this action is moot.

1

To the extent that any records were produced from the Bank before the summons was withdrawn, the IRS will send the same back to the Bank.

STIPULATED AND AGREED TO BY:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

 /s/ Charles M. Duffy
**CHARLES M. DUFFY**
Trial Attorney, Tax Division
U.S. Department of Justice
Washington, D.C.  20044
Telephone:  (202) 307-6406
charles.m.duffy@usdoj.gov
*Attorneys for the United States of America*

McGREGOR SCOTT
United States Attorney
*Of Counsel*

/s/ Paul A. Warner
PAUL A. WARNER, ESQUIRE
1624 Santa Clara Drive (Suite 2200)
Roseville, CA  95661
Telephone:  (916) 996-3100

IT IS SO ORDERED this 15th day of July 2019.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE